UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD
    Plaintiff,

vs.                                      Case No: 5:22-cv-00419

CELEBRITY'S MANAGEMENT COMPANY LLC,
FREDERICK JACOBS AND TAJA JACOBS,
INDIVIDUALLY
    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party[i] in the case:

    a. Celebrity Management Company, LLC.
       2631 SE 58th Ave.
       Ocala, FL 34480

    b. Frederick Jacobs
       2631 SE 58th Ave.
       Ocala, FL 34480

    c. Taja Jacobs
       2631 SE 58th Ave.
       Ocala, FL 34480

    d. Frederick C. Morello
       Frederick C. Morello P.A.
       111 N. Frederick Ave. 2nd Floor
       Daytona Beach, FL 32114

2.) The name of every other entity whose publicly-traded stock, equity. Or debt may be substantially affected by the outcome of this proceedings:
    None known at this time.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:
    None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:
    The Plaintiff, Andrea Sherwood.

5.) Check one of the following:

   X    I certify that I am aware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
    -or-

   _____ I certify that I am aware of any a conflict or basis of recusal of the District Judge and Magistrate Judge as follows: (explain)

[Date] September 21, 2022

*Frederick C Morello*
Frederick C Morello, Esq.
Frederick C. Morello P.A.
111 N. Frederick Ave. 2nd Floor
Daytona Beach, FL 32114
p. (386) 252-0754 f. (386) 252-0921
live2freefly@gmail.com
Counsel for Plaintiff

---

[i] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.