## UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Ocala Division

ANDREA SHERWOOD )
    *Plaintiff(s),* )
_____ )    Case No. 5:22-cv-419-JSM-PRL
 )
v. )
 )
CELEBRITY'S MANAGEMENT )
COMPANY LLC, FREDERICK JACOBS )
AND TAJA JACOBS, INDIVIDUALLY )
_____
    *Defendant(s).*

### SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)** Mr. Frederick Jacobs, Individually
    2631 SE 58th Ave.
    Ocala, FL 34480

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREDERICK C. MORELLO, ESQ.
    FREDERICK C. MORELLO P.A.
    111 N FREDERICK AVE. 2ND FLOOR
    DAYTONA BEACH, FL 32114

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Elizabeth M. Warren
    **CLERK OF COURT**



L. Burget

**Date:** September 22, 2022      _____
    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida
## Ocala Division

| | |
|---|---|
| **ANDREA SHERWOOD** | ) |
| *Plaintiff(s),* | ) |
| _____ | ) |
| | ) Case No. 5:22-cv-419-JSM-PRL |
| v. | ) |
| | ) |
| **CELEBRITY'S MANAGEMENT** | ) |
| **COMPANY LLC, FREDERICK JACOBS** | ) |
| **AND TAJA JACOBS, INDIVIDUALLY** | ) |
| _____ | |
| *Defendant(s).* | |

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)** Mrs. Taja Jacobs, Individually
2631 SE 58th Ave.
Ocala, FL 34480

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREDERICK C. MORELLO, ESQ.
FREDERICK C. MORELLO P.A.
111 N FREDERICK AVE. 2ND FLOOR
DAYTONA BEACH, FL 32114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Elizabeth M. Warren

**CLERK OF COURT**



L. Burget

**Date:** September 22, 2022    _____
*Signature of Clerk or Deputy Clerk*