UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD
    Plaintiff,

vs.                                  Case No: 5:22-cv-00419

CELEBRITY'S MANAGEMENT COMPANY LLC,
FREDERICK JACOBS AND TAJA JACOBS,
INDIVIDUALLY
    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT, CELEBRITY'S MANAGEMENT COMPANY LLC.

Plaintiff, **ANDREA SHERWOOD,** by and through her undersigned counsel, notifies this honorable Court that she is filing this Proof of Service of Summons and Complaint (attached) upon the Defendant, **CELEBRITY'S MANAGEMENT COMPANY LLC.** served on October 6, 2022, by Marion County Sheriff's Office in Ocala, FL, Accepted by Amy Daigle.

Dated: October 20th, 2022

                                                  **FREDERICK C. MORELLO, PA**
                                                  */s/ Frederick C. Morello*
                                                  **Frederick C. Morello, Esquire**
                                                  **Florida Bar No.:  0714933**
                                                  **111 N. Frederick Avenue, 2nd Floor**
                                                  **Daytona Beach, FL 32114**
                                                  **(386)252-0754  Fax (386) 252-0921**
                                                  **Email:  live2freefly@gmail.com**
                                                  **kristina@fcmesq.com**
                                                  **amber@fcmesq.com**
                                                  **adminasst@fcmesq.com**
                                                  **Attorney for Plaintiff**




**MARION COUNTY SHERIFF'S OFFICE**
**MARION, FLORIDA**

SUMMONS COMPLAINT AND DEMAND FOR JURY TRIAL
## RETURN OF SERVICE

**Document Number:** MCSO22CIV009903SUM

**County:** STATE OF FLORIDA
**Court:** STATE
**Court Date:**
**Case Number:** 22CV419JSMPRL

**Attorney/Agent:**
FREDERICK C MORELLO PA
111 N FREDERICK AVE FLOOR 2
DAYTONA BEACH FL 32114
386-252-0754

**Plaintiff:** ANDREA SHERWOOD
**Defendant:** CELEBRITY'S MANAGEMENT COMPANY LLC, FREDERICK JACOBS AND TAJA JACOBS

**SUBJECT TO BE SERVED:**
CELEBRITY'S MANAGEMENT COMPANY LLC
2631 SE 58TH AVE OCALA, FL 34480

**DOCUMENT COMMENTS:**

**SERVICE TYPE:** SUBSTITUTED

Received this subpoena on 10/3/2022 at 12:04 PM and served the same to AMT DAIGLE, the within named on 10/6/2022 at 9:34 AM by delivering a true copy of the subpoena to the witness' designated employee, to-wit: AMT DAIGLE, CLERK after the provisions as set forth in Section 48.031 (4)(a), Florida Statutes, have been met.

**SERVICE LOCATION:** :

**SERVICE COMMENTS:**

WILLIAM "BILLY" WOODS, SHERIFF

*[signature]* 5704

BY: DEPUTY SHERIFF KENTRELL DAVIS, CORPORAL
This electronic signature is compliant with F.S.S. 48.21(1)