UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD
    Plaintiff,

vs.                                    Case No: 5:22-cv-00419

CELEBRITY'S MANAGEMENT COMPANY LLC,
FREDERICK JACOBS AND TAJA JACOBS,
INDIVIDUALLY
    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT, FREDERICK JACOBS

Plaintiff, **ANDREA SHERWOOD,** by and through her undersigned counsel, notifies this honorable Court that she is filing this Proof of Service of Summons and Complaint (attached) upon the Defendant, **FREDERICK JACOBS** served on October 6, 2022, by Marion County Sheriff's Office in Ocala, FL, accepted by Ms. Amy Daigle.

Dated: October 20, 2022

FREDERICK C. MORELLO, PA
*/s/ Frederick C. Morello*
Frederick C. Morello, Esquire
Florida Bar No.: 0714933
111 N. Frederick Avenue, 2nd Floor
Daytona Beach, FL 32114
(386)252-0754 Fax (386) 252-0921
Email: live2freefly@gmail.com
kristina@fcmesq.com
amber@fcmesq.com
adminasst@fcmesq.com
Attorney for Plaintiff

 

# MARION COUNTY SHERIFF'S OFFICE
## MARION, FLORIDA

## SUMMONS COMPLAINT AND DEMAND FOR JURY TRIAL
### RETURN OF SERVICE

**Document Number:** MCSO22CIV009903SUM

**County:** STATE OF FLORIDA
**Court:** STATE
**Court Date:**
**Case Number:** 22CV419JSMPRL

**Attorney/Agent:**
FREDERICK C MORELLO PA
111 N FREDERICK AVE FLOOR 2
DAYTONA BEACH FL 32114
386-252-0754

**Plaintiff:** ANDREA SHERWOOD
**Defendant:** CELEBRITY'S MANAGEMENT COMPANY LLC, FREDERICK JACOBS AND TAJA JACOBS

**SUBJECT TO BE SERVED:**
JACOBS, FREDERICK
2631 SE 58TH AVE OCALA, FL 34480

**DOCUMENT COMMENTS:**

**SERVICE TYPE:** SUBSTITUTED

Received this subpoena on 10/3/2022 at 12:04 PM and served the same to AMY DAIGLE, the within named on 10/6/2022 at 9:33 AM by delivering a true copy of the subpoena to the witness' designated employee, to-wit: AMY DAIGLE, CLERK after the provisions as set forth in Section 48.031 (4)(a), Florida Statutes, have been met.

**SERVICE LOCATION:**

**SERVICE COMMENTS:**

WILLIAM "BILLY" WOODS, SHERIFF

BY: DEPUTY SHERIFF KENTRELL DAVIS, CORPORAL
This electronic signature is compliant with F.S.S. 48.21(1)