UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDREA SHERWOOD,

    Plaintiff,

v.                                                Case No.: 5:22-cv-00419-JSM-PRL

CELEBRITY'S MANAGEMENT COMPANY, LLC
FREDERICK JACOBS
TAJA JACOBS

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Celebrity's Management Company, LLC, Frederick Jacobs and Taja Jacobs ("Defendants"), by and through their undersigned counsel, respectfully move for an extension of time up to and including November 11, 2022, to respond to Plaintiff's Complaint, and state the following in support:

1. On September 19, 2022, Plaintiff filed the Complaint (Doc. 1).

2. On October 6, 2022, Defendants were served with the Complaint, making the response deadline October 27, 2022.

3. Defendants only recently retained undersigned counsel in this matter.

4. Defendants and their counsel are in the process of reviewing Defendants' files to formulate an appropriate response to the Complaint.

However, due to the recency of the undersigned's retention, Defendants and their counsel respectfully request additional time to allow them to complete this process.

5. Defendants have conferred with Plaintiff's counsel about an extension of time to respond to the Complaint and Plaintiff has no objection.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendants' request for an extension is made in good faith and does not prejudice Plaintiff.  In fact, Plaintiff agrees to the proposed extension.  Permitting the extension will enable Defendants to develop a response to the allegations in the Complaint following analysis of the relevant files. For these reasons, Defendants request that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 3.01(G) CERTIFICATION

Defendants certify that they have conferred with Plaintiff regarding this motion and that Plaintiff does not oppose the requested relief.

WHEREFORE, Defendants, Celebrity's Management Company, LLC, Frederick Jacobs and Taja Jacobs respectfully request an extension of time up to and including November 11, 2022, to respond to Plaintiff's Complaint.

Dated this 25th day of October, 2022.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Jesse Unruh*
Jesse Unruh, Esquire
Florida Bar # 93121
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby Certify that on this 25th day of October, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Frederick C. Morello, Esquire, Law Offices of FREDERICK C. MORELLO, P.A., Primary Email: live2freefly@gmail.com; kristina@fcmesq.com; amber@fcmesq.com; adminasst@fcmesq.com.

*/s/ Jesse Unruh*
Attorney