UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD,

    Plaintiff,

v.                                          Case No.: 5:22-cv-00419-JSM-PRL

CELEBRITY'S MANAGEMENT COMPANY, LLC
FREDERICK JACOBS
TAJA JACOBS

    Defendants.
_____/

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Celebrity's Management Company, LLC ("Celebrity"), Frederick Jacobs ("Mr. Jacobs"), and Taja Jacobs ("Mrs. Jacobs") (collectively "Defendants") respond to the First Amended Complaint and Demand for Jury Trial ("Amended Complaint") (Doc. 20) filed by Plaintiff ANDREA SHERWOOD ("Plaintiff") in correspondingly numbered paragraphs, as follows:

**JURISDICTION AND VENUE**

1. Defendants admit the jurisdiction of this Court only. The remaining allegations of this Paragraph 1 are denied.

2. Defendants admit that venue is proper. The remaining allegations of this Paragraph 2 are denied.

1

3. Defendants admit that Plaintiff was an employee as defined by 29 U.S.C. § 203 (e). The remaining allegations of this Paragraph 3 are denied.

4. Celebrity admits its principal place of business is in Ocala, Florida and is licensed to conduct business in Florida. The remainder of Paragraph 4 contains conclusions of law to which no response is required. To the extent this Paragraph is deemed to contain factual allegations, such are denied.

5. Mr. Jacobs admits the allegations of Paragraph 1.

6. Mrs. Jacobs admits the allegations of Paragraph 2.

7. Denied.

8. Defendants deny any violation of the FLSA and deny the remaining allegations of this Paragraph 8.

## FACTUAL ALLEGATIONS

9. Admitted.

10. Denied.

11. Denied.

12. Without knowledge, therefore denied.

13. Denied.

14. Without knowledge, therefore denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Defendants deny any violation of the FLSA and deny the allegations of this Paragraph 23 as phrased.

24. Denied.

## COUNT I
## RETALIATORY TERMINATION UNDER FLSA IN VIOLATION OF 29 U.S.C. §215 (a)(3) AGAINST ALL OF THE DEFENDANTS

25. Defendants reallege and reincorporate all responses set forth in Paragraphs 9 through 24, as if fully stated herein.

26. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations of this Paragraph 3.

27. Paragraph 27 of the Amended Complaint contains conclusions of law to which no response is required.  To the extent this Paragraph is deemed to contain factual allegations, such are denied.

28. Denied.

29. Defendants admit they are subject to the FLSA but deny any violation thereof and deny the remaining allegations of this Paragraph 4.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

In response to the unenumerated WHEREFORE paragraph immediately following Paragraph 33 of Plaintiff's Amended Complaint, Defendants deny the allegations and further deny that Plaintiff is entitled to any of the relief sought therein.

## GENERAL DENIAL

All allegations not specifically admitted to herein are denied.

## FIRST DEFENSE

Plaintiff's claims and/or damages (if any) under the Fair Labor Standards Act, including any liquidated damages, are barred, in whole or in part, to the extent that Defendants' actions were taken in good faith in conformity with and reliance upon established rulings, administrative regulations or interpretations, and/or advice of counsel.

## SECOND DEFENSE

To the extent Plaintiff seeks damages for alleged retaliation that are not recoverable under the FLSA, Plaintiff is barred from such recovery.

## THIRD DEFENSE

All actions taken by Defendants with respect to Plaintiff were supported by legitimate business reasons.

## FOURTH DEFENSE

Plaintiff's retaliation claim is barred because she failed to engage in a protected activity.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, on the basis of unclean hands.

## SIXTH DEFENSE

Plaintiff cannot establish that the individual Defendants are subject to liability under the claim Plaintiff has pled.

## SEVENTH DEFENSE

If any of the unlawful acts and omissions alleged in the Complaint were engaged in by Defendants, which Defendants vigorously deny, they did not engage in such acts or omissions knowingly, intentionally or willfully, and therefore, Plaintiff's claims for liquidated damages are barred.

## **EIGHTH DEFENSE**

Defendants cannot fully anticipate all defenses which may be applicable to this action; accordingly, the right to assert additional defenses, to the extent such defenses are applicable, is hereby reserved.

Dated this 9th day of January 2023.

        Respectfully submitted,

        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765

        By:   */s/ Jamie L. White*
                Jamie L. White, Esquire
                Florida Bar # 100018
                jamie@spirelawfirm.com
                marcela@spirelawfirm.com
                filings@spirelawfirm.com
                Attorney for Defendants

## **Certificate of Service**

I hereby Certify that on this 9th day of January 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Frederick C. Morello, Esquire, Law Offices of FREDERICK C. MORELLO, P.A., Primary Email: live2freefly@gmail.com; kristina@fcmesq.com; amber@fcmesq.com; adminasst@fcmesq.com.

        */s/ Jamie L. White*
        Attorney