UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD,

   Plaintiff,

v.                                                                                          Case No.: 5:22-cv-00419-JSM-PRL

CELEBRITY'S MANAGEMENT COMPANY, LLC
FREDERICK JACOBS
TAJA JACOBS

   Defendants.

_____/

## DEFENDANTS' NOTICE OF APPEARANCE AND CHANGE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICED of the appearance of Attorney Jesse I. Unruh, Esquire as Lead Counsel of record for Defendants, Celebrity's Management Company, LLC, Frederick Jacobs, and Taja Jacobs. Defendants request that Mr. Unruh replace former Lead Counsel Jamie L. White in this matter.

Dated this 18th day of July, 2023.

                              Respectfully submitted,

                              SPIRE LAW, PLLC
                              2572 W. State Road 426, Suite 2088
                              Oviedo, Florida 32765

                              By: */s/ Jesse I. Unruh*
                                  Jesse I. Unruh, Esq.

                                                          www.spirelawfirm.com
                                                          Employment Attorneys

Florida Bar No. 93121  
jesse@spirelawfirm.com  
marcela@spirelawfirm.com  
filings@spirelawfirm.com  
Attorney for Defendants

## Certificate of Service

I hereby Certify that on this 18th day of July, 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Frederick C. Morello, Esquire, Law Offices of FREDERICK C. MORELLO, P.A., Primary Email: live2freefly@gmail.com; kristina@fcmesq.com; amber@fcmesq.com; adminasst@fcmesq.com.

*/s/ Jesse Unruh*
Attorney