UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD,

    Plaintiff,

v.                                         Case No.: 5:22-cv-00419-JSM-PRL

CELEBRITY'S MANAGEMENT COMPANY, LLC
FREDERICK JACOBS
TAJA JACOBS

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION

Defendants Celebrity's Management Company, LLC, Frederick Jacobs and Taja Jacobs ("Defendants"), by and through their undersigned counsel, respectfully request that this Court extend the deadline to complete mediation, through and including August 31, 2023.

As a matter of background, pursuant to this Court's FLSA Scheduling Order (Doc. 24) and the Parties Third Supplemental Joint Report Regarding Settlement (Doc. 36), the Court Order the Parties to mediate this matter on or before July 31, 2023 (Doc 37). Accordingly, mediation was scheduled for July 18, 2023. Docs. 38-39.

1

As the Court knows, Mr. Fredrick Jacobs recently experienced a medical condition that required hospitalization. More recently, Defendant Celebrity's Management Company, LLC is in the middle of business activities that are anticipated to change the decisionmakers who need be involved in the mediation for this case on behalf of the corporate Defendant. While this transition was initially anticipated to be complete by mid-July, it has not been completed which has required the cancellation of the mediation scheduled for July 18, 2023. The relevant business transition and identification of new decisionmakers for the corporate Defendant is now expected to finalize by mid-to-late August. Moreover, the likely issues related to indemnification in and among the defendants further complicates any immediate attempt to settle prior to relevant decisionmakers being identified. Accordingly, the Defendants respectfully request that they be permitted to undertake the anticipated mediation in this matter on or before the end of August 2023.

Federal Rule of Civil Procedure 6(b)(1) provides "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect . . . ." Fed. R. Civ. P. 6(b)(1)(B). " 'Good cause' is a well-established legal phrase." *Larweth v. Magellan Health, Inc.*, No. 6:18-cv-823-Orl-41DCI, 2019 U.S. Dist. LEXIS 23720, at *32 (M.D. Fla. July 16, 2019). "Although

2

difficult to define in absolute terms, [good cause] generally signifies a sound basis or legitimate need to take judicial action." *Id.* (citation omitted). Moreover, "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (*quoting Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, 111 S. Ct. 2123, 115 L. Ed. 2d 27 (1991)).

Defendants' request for an extension of the deadline to mediate this matter is made in good faith and does not prejudice Plaintiff. Plaintiff does not oppose the continuance of this mediation which is now tentatively scheduled to occur on August 23, 2023 at the Law Office of Christine Harter in Ocala, FL.

Based on the foregoing good cause and the Court's inherent authority to manage its docket, Defendants request that the Court enter an order, granting this Motion and extending the deadline for the Parties to complete mediation through and including August 31, 2023.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

**Local Rule 3.01(g) Certification**

Defendants counsel conferred with Plaintiff's counsel regarding this Motion. Plaintiff's counsel has no objection to the relief requested.

Dated this 20th day of July, 2023.

                                                  Respectfully submitted,

                                                  SPIRE LAW, PLLC
                                                  2572 W. State Road 426, Suite 2088
                                                  Oviedo, Florida 32765

                                                  */s/ Jesse I. Unruh*
                                                  Jesse I. Unruh, Esq.
                                                  Florida Bar No. 93121
                                                  jesse@spirelawfirm.com
                                                  marcela@spirelawfirm.com
                                                  filings@spirelawfirm.com
                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 20th day of July, 2023., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Frederick C. Morello, Esquire, Law Offices of FREDERICK C. MORELLO, P.A., Primary Email: live2freefly@gmail.com; kristina@fcmesq.com; amber@fcmesq.com; adminasst@fcmesq.com; and Christine Harter, Esq., Mediator, 1396 NE 2Oth Ave., #500, Ocala, FL 34470; christine@mdrcfl.com.

*/s/ Jesse Unruh*
Attorney