UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA SHERWOOD,

    Plaintiff,

v.                                                                                    Case No.: 5:22-cv-00419-JSM-PRL

CELEBRITY'S MANAGEMENT COMPANY, LLC
FREDERICK JACOBS
TAJA JACOBS,

Defendants.
_____/

# FOURTH SUPPLEMENTAL JOINT REPORT REGARDING SETTLEMENT

    The parties, by and through their undersigned counsel and pursuant to this Court's FLSA Scheduling Order (Doc. 24) file this Fourth Supplemental Joint Report following mediation that took place before Mediator Christine Harter, Esq. on September 29, 2023.

    The Parties have agreed to continue the mediation conference for forty-five (45) days from the date of the September 29, 2023 mediation. During that time, the Parties will undertake direct settlement efforts. The Parties request this Court extend the FLSA Scheduling Order Period for an additional thirty-one (31) days, up to and including, October 30, 2023, during which they will seek resolve this matter.

Respectfully submitted this 3rd day of October 2023.

| | |
|---|---|
| */s/ Jesse I. Unruh* | */s/ Frederick C. Morello* |
| Jesse I. Unruh, Esq. | Frederick C. Morello, Esq. |
| Florida Bar No. 93121 | Florida Bar No.: 0714933 |
| SPIRE LAW, PLLC | FREDERICK C. MORELLO, P.A |
| 2752 W. State Road 426, Suite 2088 | 111 N. Frederick Avenue, 2nd Floor |
| Oviedo, Florida 32765 | Daytona Beach, Florida 32114 |
| Telephone: (407) 494-0135 | Telephone: (386)252-0754 |
| jesse@spirelawfirm.com | Email: live2freefly@gmail.com |
| marcela@spirelawfirm.com | amber@fcmesq.com, |
| filings@spirelawfirm.com | adminasst@fcmesq.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |