**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ANDREA SHERWOOD,**

   **Plaintiff,**

**v.**                                                    **Case No: 5:22-cv-419-BJD-PRL**

**CELEBRITY'S MANAGEMENT**
**COMPANY, LLC, FREDERICK**
**JACOBS and TAJA JACOBS,**

   **Defendants.**

_____

**ORDER**

Before the Court is the defendants' counsel's motion to withdraw as counsel. (Doc. 58). Counsel requests to withdraw due to Defendants' failure to fulfill their obligations (namely, to pay their fees) and due to the unreasonable financial burden that further representation will cause. Counsel has provided the requisite notice and represents that no party has voiced any objection.

Upon due consideration, the motion (Doc. 58) is **GRANTED**. Spire Law, PLLC, Jesse I. Unruh, Esq., and Jamie L. White, Esq., are relieved of further responsibility for the representation of the defendants in this matter. Defendants Frederick Jacobs and Taja Jacobs are advised that unless or until they obtain other counsel to appear on their behalf, they are now proceeding *pro se*.[1]  Within **30 days** of the entry date of this Order, either (1) new counsel

---

[1] Defendants Frederick Jacobs and Taja Jacobs are cautioned that despite proceeding *pro se*, they are required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Defendants Frederick Jacobs and Taja Jacobs may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Also, resources and information related to proceeding in court without a lawyer,

for Defendants Frederick Jacobs and Taja Jacobs shall file a notice of appearance; or (2) Defendants Frederick Jacobs and Taja Jacobs shall file a written notice advising the Court of their intent to proceed *pro se*.

However, Defendant Celebrity's Management Company, LLC, will be left unrepresented. It is well settled that corporations, partnerships, and limited liability companies are artificial legal entities that can act only through agents, cannot appear *pro se*, and **must be represented by counsel**. Local Rule 2.02(b)(2); *Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel"); *Souffrant v. Denhil Oil, LLC,* No. 10–80246–CIV, 2010 WL 1541192, at *1 (S.D. Fla. Apr. 16, 2010) ("The proposition that a corporation must be represented by an attorney also applies to limited liability companies.").

Accordingly, within **30 days** of this Order, Defendant Celebrity's Management Company, LLC, shall retain counsel and such counsel shall file a notice of appearance. **Defendant Celebrity's Management Company, LLC, is cautioned that the failure to retain counsel despite notice and an opportunity to do so, can result in a default judgment against it**. *See, e.g.*, *Robinson v. G.C.L. Constr., Inc.*, No. 0:17-CV-60084-KMM, 2017 WL 11726375, at *2–3 (S.D. Fla. Apr. 25, 2017) (corporation's "continued failure to retain counsel of record will result in that company remaining defaulted in this case") (citations omitted); *see also*

---

including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm). Defendants Frederick Jacobs and Taja Jacobs should also consult the Middle District of Florida's Discovery Handbook for a general discussion of this District's discovery practices (see http://www.flmd.uscourts.gov/civil-discovery-handbook).

*Palazzo,* 764 F.2d at 1386 (affirming dismissal of corporation's claims because it failed to retain counsel despite opportunity to do so).

Until new counsel files a notice of appearance, all papers in this case should be directed to Celebrity's Management Company, LLC, Frederick Jacobs, and Taja Jacobs at the following address:

Celebrity's Management Company, LLC
Frederick Jacobs
Taja Jacobs
2631 SE 58th Ave
Ocala, FL 34480
352-579-9920
drj@celebrityssoulfood.com
ladyj@celebrityssoulfood.com

**DONE** and **ORDERED** in Ocala, Florida on April 5, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties